**McCABE, WEISBERG & CONWAY, P.C.**
**By: Alexandra T. Garcia, Esquire (Atty. I.D. #ATG4688)**
**216 Haddon Ave., Suite 201**
**Westmont, NJ 08108**
Attorneys for Bayview Loan Servicing, LLC

Order Filed on October 17, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Newark Vicinage**

| In re: | Case No.: 17-28308-SLM |
|---|---|
| Willie J. Cheatham | Chapter 13 |
| Debtor | Judge Stacey L. Meisel |
|  | ORDER TO APPROVE LOAN MODIFICATION |

**ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: October 17, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Willie J. Cheatham
Case No: 17-28308-SLM
Caption of Order:  ORDER APPROVING LOAN MODIFICATION

Upon the motion of **Bayview Loan Servicing, LLC ("Bayview"),** for approval of loan modification, and for good cause shown, it is

**ORDERED** that Bayview's Motion to Approve Loan Modification is hereby **GRANTED** * ; and it is further

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Bayview shall file a zero arrears Proof of Claim by the Claims Bar Date; and it is further

**ORDERED** that Debtor shall file a Modified Chapter 13 Plan and Amended Schedule J within 20 days of the Loan Modification being finalized should these be requested by the Trustee; and it is further

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to Bayview pending completion of the loan modification and all money that would otherwise be paid to Bayview be held until the claim is withdrawn or amended or the Trustee is notified by Bayview that the modification was not consummated; and it is further

**ORDERED** that in the event the loan modification is not consummated, Bayview shall notify the Trustee and Debtor's attorney of same, and Bayview shall file a Proof of Claim listing the pre-petition arrears by the Claims Bar Date; and it is further

**ORDERED** that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that Bayview shall be awarded $250.00 in attorney's fees for filing this motion to be paid through the Debtor's Chapter 13 Plan.

```
* as set forth in the loan modification attached as the Agreement to the
  Motion Approving Loan Modification
```