**McCABE, WEISBERG & CONWAY, P.C.**
**By: Alexandra T. Garcia, Esquire (Atty. I.D. #ATG4688)**
**216 Haddon Ave., Suite 201**
**Westmont, NJ 08108**
Attorneys for Bayview Loan Servicing, LLC

Order Filed on October 17, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Newark Vicinage**

| In re: | Case No.: 17-28308-SLM |
|---|---|
| Willie J. Cheatham | Chapter 13 |
| Debtor | Judge Stacey L. Meisel |
| | ORDER TO APPROVE LOAN MODIFICATION |

**ORDER APPROVING LOAN MODIFICATION**

The relief set forth on the following pages, number two (2) through two (2) is hereby **ORDERED**

**DATED: October 17, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**
Debtor: Willie J. Cheatham
Case No: 17-28308-SLM
Caption of Order: ORDER APPROVING LOAN MODIFICATION

Upon the motion of **Bayview Loan Servicing, LLC ("Bayview"),** for approval of loan modification, and for good cause shown, it is

**ORDERED** that Bayview's Motion to Approve Loan Modification is hereby **GRANTED** *; and it is further

**ORDERED** that in the event a loan modification is completed and the pre-petition arrears are capitalized into the loan, Bayview shall file a zero arrears Proof of Claim by the Claims Bar Date; and it is further

**ORDERED** that Debtor shall file a Modified Chapter 13 Plan and Amended Schedule J within 20 days of the Loan Modification being finalized should these be requested by the Trustee; and it is further

**ORDERED** that the Chapter 13 Trustee shall suspend disbursements to Bayview pending completion of the loan modification and all money that would otherwise be paid to Bayview be held until the claim is withdrawn or amended or the Trustee is notified by Bayview that the modification was not consummated; and it is further

**ORDERED** that in the event the loan modification is not consummated, Bayview shall notify the Trustee and Debtor's attorney of same, and Bayview shall file a Proof of Claim listing the pre-petition arrears by the Claims Bar Date; and it is further

**ORDERED** that approval and recording (if applicable) of the loan modification shall in no way constitute a violation of the automatic stay; and it is further

**ORDERED** that Bayview shall be awarded $250.00 in attorney's fees for filing this motion to be paid through the Debtor's Chapter 13 Plan.

```
* as set forth in the loan modification attached as the Agreement to the
  Motion Approving Loan Modification
```

United States Bankruptcy Court
District of New Jersey

In re:  
Willie J. Cheatham  
      Debtor

Case No. 17-28308-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin            Page 1 of 1      Date Rcvd: Oct 18, 2017
                          Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2017.
db             +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2017 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
      Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
      Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
 ecf@lowbankruptcy.com;r57808@notify.bestcase.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
      William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                    TOTAL: 7