UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:
    WILLIE J. CHEATHAM

**Order Filed on February 20, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:  17-28308

Hearing Date:  02/14/2018

Judge:  STACEY L. MEISEL

## ORDER DENYING CONFIRMATION

The relief set forth on the following pages, numbered two (2) is hereby ORDERED.

**DATED: February 20, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

Debtor(s):  WILLIE J. CHEATHAM

Case No.:  17-28308SLM

Caption of Order:  Order Denying Confirmation

---

THIS MATTER having been scheduled before the Court on 02/14/2018 for a Hearing on Confirmation, and good and sufficient cause having been shown, it is hereby:

ORDERED, that the Confirmation Hearing scheduled on 2/14/2018 of the plan filed on 01/24/2018, is denied; and it is further

ORDERED, that the Debtor must file a modified plan by 02/21/2018 or the case will be dismissed; and it is further

ORDERED, that Debtor must provide proof of homeowner's insurance on Teaneck property by 2/21/18 or the case will be dismissed; and it is further

ORDERED, that if the Debtor fails to comply with the above the Standing Trustee shall submit an Order Dismissing the Case without further hearings.