| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re:<br><br>Willie J. Cheatham |

Case No. 17-28308

Chapter: 13

Hearing Date: TBA

Judge: SLM

## NOTICE OF OBJECTION TO ORDER DENYING CONFIRMATION

To:    Marie-Ann Greenberg
        Standing Trustee
        30 Two Bridges Rd.
        Suite 330
        Fairfield, NJ 07004

       The Debtor, Willie J. Cheatham, has filed the enclosed Notice of Objection the Order Denying Confirmation stating that if a modified plan is not filed by 2/21/2018, the case will be dismissed.

       The basis of the objection is that Debtor needs additional time to file the Modified Plan.

       If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address shown below at least 7 days prior to the hearing date.

Clerk
United States Bankruptcy Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07102

At the same time, you must serve a copy of the response upon the Debtor's Counsel at:

Low & Low, LLC
Russell Low, Esq.
505 Main St.
Suite 304
Hackensack, NJ 07601

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the Honorable Stacey L. Meisel on the hearing date at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, Courtroom no. 3E.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OF HEARING.**


Date: February 22, 2018                    /s/ Russell L. Low
                                           Attorney for Debtors


Date: February 22, 2018                    /s/ Willie J. Cheatham
                                           Debtor