Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–28308–SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie J. Cheatham
   723 Bloomfield Avenue
   Clifton, NJ 07012

Social Security No.:
   xxx–xx–5112

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 9/8/17 and a confirmation hearing on such Plan has been scheduled for 12/13/17 @ 9:00 a.m..

The debtor filed a Modified Plan on 2/22/18 and a confirmation hearing on the Modified Plan is scheduled for 6/13/18 @ 9:00 a.m.. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: May 18, 2018
JAN: smz

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-28308-SLM
Willie J. Cheatham                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin              Page 1 of 1            Date Rcvd: May 18, 2018
                                Form ID: 186             Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
db          +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240
aty         +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,   P.O. Box 17933,
              San Diego, CA 92177-7921
r           +Donovan Stewart,    620 Anderson Ave,    Cliffside Park, NJ 07010-1859
517188354    Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
517216815    Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
              Kirkland, WA 98083-0657
517057563   +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Suite 1400,
              Philadelphia, PA 19109-1060
517057564   +WFHE,   PO BOX 31557,    BILLINGS, MT 59107-1557
517129543    Wells Fargo Bank, N.A.,    Home Equity Group,    N9286-01Y,   1000 Blue Gentian Rd.,
              Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 19 2018 00:03:51     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2018 00:03:48     United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
517057562   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2018 00:04:17
              BAYVIEW FINANCIAL LOAN,    4425 PONCE DE LEON BLVD,    CORAL GABLES, FL 33146-1873
517290512   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2018 00:04:17
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,,   Coral Gables, FL 33146-1837
517290301   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 19 2018 00:04:17
              Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
              Coral Gables, FL 33146-1837
517233788    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:10:22
              Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.a.,    POB 41067,
              Norfolk VA 23541
517171257   +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2018 00:10:53     Verizon,
              by American InfoSource LP as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 10