UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra T. Garcia, Esq. (Atty.**
**I.D.#ATG4688)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Bayview Loan Servicing, LLC

IN re:

Willie J. Cheatham
        Debtor/Respondent

Laura Anne Cheatham
        Co-Debtor/Respondent

**Order Filed on June 5, 2018 by**
**Clerk, U.S. Bankruptcy Court -**
**District of New Jersey**

Case No.: 17-28308-SLM
Chapter: 13
Hearing Date: May 23, 2018
at 10:30 a.m.
Judge: Stacey L. Meisel

| Recommended Local Form | ☒ Followed | ☐ Modified |
|---|---|---|

### ORDER RESOLVING MOTION TO VACATE STAY
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through three (3) is

hereby **ORDERED**

**DATED: June 5, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Applicant:                                    Bayview Loan Servicing, LLC
Applicant's Counsel:                          Alexandra T. Garcia, Esq.
Property Involved ("Collateral")              723 Bloomfield Avenue, Clifton, New Jersey 07012

Relief Sought:          ☒ Motion for relief from the automatic stay

                        ☐ Motion to dismiss

                        ☐ Motion for prospective relief to prevent imposition of automatic stay
                        against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that the Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1.     Status of post-petition arrearages:

       ☒ The Debtor is overdue for 6 months, from December 1, 2017 to May 1, 2018

       ☒ The Debtor is overdue for 6 payments at $1,791.57 per month.

       ☒ The Debtor has $260.52 in suspense.

       Total Arrearages Due: $10,488.90

2.     Debtor must cure all post-petition arrearages, as follows:

       ☒ Immediate payment shall be made in the amount of $1,791.57 on or before May 25, 2018.

       ☒ Beginning on June 1, 2018, regular monthly mortgage payment shall continue to be made in the amount of $1,791.57.

       ☒ Beginning on June 1, 2018, additional monthly cure payments shall be made in the amount of $1,449.55 for 6 month(s).

       ☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The mortgagee's allowed secured claim shall be amended to include the capitalized post-petition payments listed in this Order to the Proof of Claim as filed.  As a result of such capitalization, the Standing Chapter 13 Trustee shall adjust his/her records accordingly and make revised disbursements.

3.     Payments to the Secured Creditor shall be made to the following address(es):

       ☒      Immediate payment:           Bayview Loan Servicing, LLC
                                           4425 Ponce de Leon Blvd., 5th floor
                                           Coral Gables, FL 33146

       ☒      Regular monthly payment:     Same as above
       ☒      Monthly cure payment:        Same as above

4.      In the event of Default:

If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor and the Debtor's attorney.

5.      In the event the Debtor converts his/her case to a Chapter 11, the terms of the Order shall remain in full force and effect.  In the event that the Debtor converts his/her case to a Chapter 7, Debtor shall cure all pre-petition and post-petition arrears within ten (10) days of conversion.  Failure to cure the arrears shall constitute an event of default under this Order and Movant may certify default as set forth in paragraph 4 of this order.

6.      Award of Attorneys' Fees:

☒      The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

☒      through the Chapter 13 plan.

☐      Attorneys' fees are not awarded.