UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

IN RE:

　　WILLIE J. CHEATHAM

Order Filed on July 30, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

Case No.:  17-28308 SLM

Hearing Date:  7/25/2018

Judge:  STACEY L. MEISEL

**Debtor is Entitled To Discharge**

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: July 30, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Case No.: 17-28308 SLM

Caption of Order:     ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

    The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with ; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 6/26/2018, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 10/1/2017, the Debtor shall pay the Standing Trustee

  the sum of $500.0 for a period of 60 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586; and it is further

- ORDERED, that notwithstanding the preceding paragraph, in no event shall the unsecured creditors receive less than 100% of their timely filed claims; and it is further

- ORDERED, that Debtor is to complete a Loan Modification by a date as further ordered by the Court's Loss Mitigation Program or the case will be dismissed upon certification of the Trustee with 14 days notice to debtor and debtor's attorney; and it is further

- ORDERED, that the Debtor's attorney is allowed a fee of $3,500.00.  The unpaid balance of the allowed fee in the amount of $3,500.00 shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee ; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:  
Willie J. Cheatham  
    Debtor

Case No. 17-28308-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jul 30, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.  
db          +Willie J. Cheatham,   723 Bloomfield Avenue,   Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:  
        Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
        Mina M Beshara   on behalf of Creditor   Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com  
        Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Nicholas V. Rogers   on behalf of Creditor   Wells Fargo Bank, N.A. nj.bkecf@fedphe.com  
        Rebecca Ann Solarz   on behalf of Creditor   Bank of America, N.A. rsolarz@kmllawgroup.com  
        Russell L. Low   on behalf of Debtor Willie J. Cheatham rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov  
        William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
        William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com  
        TOTAL: 11