807447
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
 Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Order Filed on August 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

WILLIE J. CHEATHAM

Case No: 17-28308 - SLM

Hearing Date: 07/25/2018

Judge:  STACEY L. MEISEL

## ORDER RESOLVING MOTION FOR RELIEF

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 6, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 807447**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

WILLIE J. CHEATHAM

Debtor

CASE NO. 17-28308 - SLM

CHAPTER 13

ORDER RESOLVING
MOTION FOR RELIEF

HEARING DATE: 07/25/2018

This Order pertains to the property located at 1172 KATHERINE STREET, TEANECK, NJ 07666, mortgage account ending with "0292";

THIS MATTER having been brought before the Court by WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC upon the filing of a Motion for Relief from the Automatic Stay, RUSSELL L. LOW, Esquire attorney for debtor, WILLIE J. CHEATHAM, having filed an Objection to the Motion for Relief from the Automatic Stay and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

IT IS on the    25th    day of    July   , 2018, ORDERED as follows:

1. The debtor must obtain a loan modification by October 26, 2018

2. If the debtor does not obtain a loan modification by October 26, 2018 the secured creditor may re-list the Motion for Relief to pursue the entire post-petition deficiency.

3. This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.