807447
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for Secured Creditor: WELLS FARGO BANK, N.A.
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

WILLIE J. CHEATHAM

Order Filed on August 6, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

Case No: 17-28308 - SLM

Hearing Date: 07/25/2018

Judge:  STACEY L. MEISEL

## ORDER RESOLVING MOTION FOR RELIEF

The order set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: August 6, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**NJID 807447**
PHELAN HALLINAN DIAMOND & JONES, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
856-813-5500
Attorneys for WELLS FARGO BANK, N.A.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

    WILLIE J. CHEATHAM                 CASE NO. 17-28308 - SLM

                                                                       CHAPTER 13

    Debtor
                                                                       ORDER RESOLVING
                                                                       MOTION FOR RELIEF

                                                                       HEARING DATE: 07/25/2018

       This Order pertains to the property located at 1172 KATHERINE STREET, TEANECK, NJ 07666, mortgage account ending with "0292";

       THIS MATTER having been brought before the Court by WELLS FARGO BANK, N.A. by and through its attorneys, Phelan Hallinan Diamond & Jones, PC upon the filing of a Motion for Relief from the Automatic Stay, RUSSELL L. LOW, Esquire attorney for debtor, WILLIE J. CHEATHAM, having filed an Objection to the Motion for Relief from the Automatic Stay and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for other and good cause shown:

       IT IS on the     25th    day of     July    , 2018, ORDERED as follows:

    1.    The debtor must obtain a loan modification by October 26, 2018

    2.    If the debtor does not obtain a loan modification by October 26, 2018 the secured creditor may re-list the Motion for Relief to pursue the entire post-petition deficiency.

    3.    This Order does not replace the rules and procedures of the Court's Loss Mitigation Program and both parties are bound by same.

The undersigned hereby consent to the form,
Content and entry of the within Order:

PHELAN HALLINAN DIAMOND & JONES, PC
Attorneys for Secured Creditor:
WELLS FARGO BANK, N.A.

United States Bankruptcy Court
District of New Jersey

In re:  
Willie J. Cheatham  
    Debtor

Case No. 17-28308-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Aug 06, 2018  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2018.  
db          +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2018 at the address(es) listed below:
         Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Marie-Ann Greenberg    magecf@magtrustee.com
         Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
         Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
         Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
         Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
         Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
         William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
         William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                                                                 TOTAL: 11