**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor



Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In Re:                                                           : Case No. 17-28308

**Willie J. Cheatham**

                                                                 : Judge Stacey L. Meisel


                                                                 : Chapter 13
_____

### CONSENT ORDER RESOLVING LOSS MITIGATION
_____

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: October 3, 2018**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Willie J. Cheatham
Page 2
Case No. 17-28308-SLM

_____

Upon the Consent Order Resolving Loss Mitigation or the debtor's residence located at 1172 Katherine Street Teaneck, NJ 07666:

**IT IS HEREBY ORDERED that**:

1. The Debtor's Loss Mitigation shall be extended to October 26, 2018 with no further extensions.

2. If a loan modification is not secured by October 26, 2018, the Trustee will be allowed to pay on the secured claim.

3. This Order does not replace rules and procedures of the Court's Loss Mitigation Program and both parties are bound by the same.


Date: September 25, 2018           /s/ Russell L. Low, Esq.
                                   **RUSSELL L. LOW, ESQ.**
                                   Attorney for Debtor

Date: September 25, 2018           /s/ Nicholas V. Rogers, Esq.
                                   **NICHOLAS V. ROGERS, ESQ.**
                                   Phelan Hallinan Diamond & Jones, PC
                                   Attorney for Secured Creditor