**Low & Low, LLC**
Russell L. Low, Esq.4745
Attorney at Law
505 Main Street, Suite 304
Hackensack, New Jersey 07601
Office (201)343-4040
Fax (201)488-5788
Attorney for Debtor

**Order Filed on October 3, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

---

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY

In Re:                                  : Case No. 17-28308

**Willie J. Cheatham**

                                        : Judge Stacey L. Meisel

                                        : Chapter 13

---

### CONSENT ORDER RESOLVING LOSS MITIGATION

---

The relief set forth on the following pages numbered two (2) is hereby ORDERED.

**DATED: October 3, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Willie J. Cheatham
Page 2
Case No. 17-28308-SLM

_____

Upon the Consent Order Resolving Loss Mitigation or the debtor's residence located at

1172 Katherine Street Teaneck, NJ 07666:

**IT IS HEREBY ORDERED that**:

1. The Debtor's Loss Mitigation shall be extended to October 26, 2018 with no further

extensions.

2. If a loan modification is not secured by October 26, 2018, the Trustee will be allowed to pay

on the secured claim.

3. This Order does not replace rules and procedures of the Court's Loss Mitigation Program and

both parties are bound by the same.


Date: <u>September 25, 2018</u>                              <u>/s/ Russell L. Low, Esq.</u>
                                                         **RUSSELL L. LOW, ESQ.**
                                                         Attorney for Debtor

Date: <u>September 25, 2018</u>                              <u>/s/ Nicholas V. Rogers, Esq.</u>
                                                         **NICHOLAS V. ROGERS, ESQ.**
                                                         Phelan Hallinan Diamond & Jones,
                                                         PC
                                                         Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-28308-SLM
Willie J. Cheatham                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2018.
db             +Willie J. Cheatham,   723 Bloomfield Avenue,   Clifton, NJ 07012-1240

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2018 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Melissa S DiCerbo   on behalf of Creditor   Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara   on behalf of Creditor   Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Nicholas V. Rogers   on behalf of Creditor   WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers   on behalf of Creditor   Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz   on behalf of Creditor   Bank of America, N.A. rsolarz@kmllawgroup.com
          Russell L. Low   on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III   on behalf of Creditor   Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                          TOTAL: 11