Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

      Case No.: 17−28308−SLM
      Chapter: 13
      Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie J. Cheatham
   723 Bloomfield Avenue
   Clifton, NJ 07012

Social Security No.:
   xxx−xx−5112

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/28/18 at 10:00 AM

to consider and act upon the following:

*46* − Motion for Relief from Stay re: 1172 KATHERINE ST, TEANECK, NJ 07666. Fee Amount $ 181. Filed by Nicholas V. Rogers on behalf of Wells Fargo Bank, N.A.. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Rogers, Nicholas)

Dated: 10/30/18

                                              Jeanne Naughton
                                              Clerk, U.S. Bankruptcy Court