Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.: 17−28308−SLM
    Chapter: 13
    Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Willie J. Cheatham
   723 Bloomfield Avenue
   Clifton, NJ 07012

Social Security No.:
   xxx−xx−5112

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 11/28/18 at 10:00 AM

to consider and act upon the following:

*46* − Motion for Relief from Stay re: 1172 KATHERINE ST, TEANECK, NJ 07666. Fee Amount $ 181. Filed by Nicholas V. Rogers on behalf of Wells Fargo Bank, N.A.. Hearing scheduled for 5/23/2018 at 10:30 AM at SLM − Courtroom 3A, Newark. (Attachments: # 1 Certificate of Service # 2 Supporting Documents # 3 Proposed Order) (Rogers, Nicholas)

Dated: 10/30/18

                        Jeanne Naughton
                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Willie J. Cheatham  
    Debtor

Case No. 17-28308-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 31, 2018  
    Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 02, 2018.
```
db         +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240
aty        +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
             San Diego, CA 92177-7921
r          +Donovan Stewart,    620 Anderson Ave,    Cliffside Park, NJ 07010-1859
cr         +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
             Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2018 at the address(es) listed below:
```
          Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
           nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                             TOTAL: 11
```