Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−28308−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Willie J. Cheatham
  723 Bloomfield Avenue
  Clifton, NJ 07012

Social Security No.:
  xxx−xx−5112

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 3/27/19 at 10:00 AM

to consider and act upon the following:

*81* − Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Alexandra T. Garcia on behalf of Bayview Loan Servicing, LLC. Objection deadline is 03/13/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) (Garcia, Alexandra)

*82* − Certification in Opposition to (related document:81 Creditor's Certification of Default (related document:51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Alexandra T. Garcia on behalf of Bayview Loan Servicing, LLC. Objection deadline is 03/13/2019. (Attachments: # 1 Exhibit # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Bayview Loan Servicing, LLC) filed by Russell L. Low on behalf of Willie J. Cheatham. (Attachments: # 1 Exhibit) (Low, Russell)

Dated: 3/6/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court