# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | |
|---|---|---|
| Willie Cheatham | Case No.: | 17-28308 |
| | Hearing Date: | 03/27/19 at 10:00 A.M. |
| | Chapter: | 13 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Stacey L. Meisel__, United States Bankruptcy Judge.

**Reason for Hearing:** Relisting of Motion for Relief from Stay re: 1172 Katherine St., Teaneck, N.J. filed at Doc. No. 46.

**Location of Hearing:** Courtroom No. 3A
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** March 27, 2019 at 10:00 A.M., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: March 7, 2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on __March 7__, 20__19__ this notice was served on the following: U.S. Trustee, Chapter 13 Standing Trustee, Debtor, and their Counsel, all parties in the Creditor's Matrix.

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

*rev.1/4/17*