**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | | |
|---|---|---|
| Willie Cheatham | Case No.: | 17-28308 |
| | Hearing Date: | 03/27/19 at 10:00 A.M. |
| | Chapter: | 13 |
| | Judge: | Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable ___Stacey L. Meisel___, United States Bankruptcy Judge.

**Reason for Hearing:** Relisting of Motion for Relief from Stay re: 1172 Katherine St., Teaneck, N.J. filed at Doc. No. 46.

**Location of Hearing:** Courtroom No. __3A__
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** March 27, 2019 at 10:00 A.M. , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 7, 2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on ___March 7___, 20_19_ this notice was served on the following: U.S. Trustee, Chapter 13 Standing Trustee, Debtor, and their Counsel, all parties in the Creditor's Matrix.

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-28308-SLM
Willie J. Cheatham                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 07, 2019
                      Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2019.
```
db             +Willie J. Cheatham,    723 Bloomfield Avenue,    Clifton, NJ 07012-1240
aty            +Aldridge Pite, LLP,    4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
r              +Donovan Stewart,    620 Anderson Ave,    Cliffside Park, NJ 07010-1859
cr             +FAY SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,    Suite 1400,
                 Philadelphia, PA 19103-1814
cr             +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 7, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Mina M Beshara    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com
              Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
              Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                                               TOTAL: 12
```