Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
MLK Jr Federal Building  
50 Walnut Street  
Newark, NJ 07102

Case No.: 17−28308−SLM  
Chapter: 13  
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):  
   Willie J. Cheatham  
   723 Bloomfield Avenue  
   Clifton, NJ 07012

Social Security No.:  
   xxx−xx−5112

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/9/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 9, 2019  
JAN: rah

                                                                   Jeanne Naughton  
                                                                   Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 17-28308-SLM
Willie J. Cheatham                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2           Date Rcvd: May 09, 2019
                              Form ID: 148             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2019.
```
db         +Willie J. Cheatham,   723 Bloomfield Avenue,    Clifton, NJ 07012-1240
aty        +Aldridge Pite, LLP,   4375 Jutland Drive,    Suite 200,    P.O. Box 17933,
             San Diego, CA 92177-7921
aty        +Mina M Beshara,    80 Business Park Drive,    Suite 110,    Armonk, NY 10504-1704
r          +Donovan Stewart,    620 Anderson Ave,    Cliffside Park, NJ 07010-1859
cr         +FAY SERVICING, LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
             Philadelphia, PA 19103-1814
cr         +WELLS FARGO BANK, N.A.,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,   Suite 100,
             Mt. Laurel, NJ 08054-3437
517216815   Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA 98083-0657
517057563  +McCabe, Weisberg & Conway, P.C.,    123 South Broad Street,    Suite 1400,
             Philadelphia, PA 19109-1060
517945008  +U.S. Bank National Association as Legal Title Trus,    3000 Kellway Dr. Ste 150,
             Carrollton, TX 75006-3357
517945009  +U.S. Bank National Association as Legal Title Trus,    3000 Kellway Dr. Ste 150,
             Carrollton, TX 75006,    U.S. Bank National Association as Legal,   3000 Kellway Dr. Ste 150,
             Carrollton, TX 75006-3357
517057564  +WFHE,   PO BOX 31557,    BILLINGS, MT 59107-1557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov May 09 2019 23:53:59     U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 09 2019 23:53:57     United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517057562  +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 09 2019 23:54:22
             BAYVIEW FINANCIAL LOAN,    4425 PONCE DE LEON BLVD,   CORAL GABLES, FL 33146-1873
517188354   EDI: BANKAMER.COM May 10 2019 04:14:00     Bank of America, N.A.,   PO BOX 31785,
             Tampa, FL 33631-3785
517290512  +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 09 2019 23:54:22
             Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd.,,   Coral Gables, FL 33146-1837
517290301   +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 09 2019 23:54:22
             Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard,   5th Floor,
             Coral Gables, FL 33146-1837
517233788   EDI: PRA.COM May 10 2019 04:13:00     Portfolio Recovery Associates, LLC,
             c/o Capital One Bank, N.a.,   POB 41067,   Norfolk VA 23541
517171257  +EDI: AIS.COM May 10 2019 04:13:00     Verizon,   by American InfoSource LP as agent,
             4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
517129543   EDI: WFFC.COM May 10 2019 04:14:00     Wells Fargo Bank, N.A.,   Home Equity Group,   N9286-01Y,
             1000 Blue Gentian Rd.,   Eagan, MN 55121-7700
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 9, 2019 at the address(es) listed below:
    Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
     nj-ecfmail@ecf.courtdrive.com
    Marie-Ann Greenberg     magecf@magtrustee.com

```
District/off: 0312-2          User: admin               Page 2 of 2              Date Rcvd: May 09, 2019
                              Form ID: 148              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
          Nicholas V. Rogers    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    Wells Fargo Bank, N.A. nj.bkecf@fedphe.com
          Nicholas V. Rogers    on behalf of Creditor    FAY SERVICING, LLC nj.bkecf@fedphe.com
          Rebecca Ann Solarz    on behalf of Creditor    Bank of America, N.A. rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Willie J. Cheatham rbear611@aol.com, ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
          William M.E. Powers    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
          William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. ecf@powerskirn.com
                                                                               TOTAL: 11